**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DWAYNE HARRIS,**

      **Plaintiff,**

  **vs.**                                            **Civil Action 2:13-cv-304**
                                                          **Judge Graham**
                                                          **Magistrate Judge King**

**CARL NINK,** *et al.*,

      **Defendants.**

### REPORT AND RECOMMENDATION

Plaintiff was ordered to pay the full $350.00 filing fee by October 7, 2013 if he wished to pursue this action. *Order*, Doc. No. 11. Plaintiff has not paid the full filing fee.

It is therefore **RECOMMENDED** that the action be dismissed for failure to prosecute.

If any party seeks review by the District Judge of this *Report and Recommendation*, that party may, within fourteen (14) days, file and serve on all parties objections to the *Report and Recommendation*, specifically designating this *Report and Recommendation*, and the part thereof in question, as well as the basis for objection thereto. 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Response to objections must be filed within fourteen (14) days after being served with a copy thereof. Fed. R. Civ. P. 72(b).

The parties are specifically advised that failure to object to the *Report and Recommendation* will result in a waiver of the right to

*de novo* review by the District Judge and of the right to appeal the decision of the District Court adopting the *Report and Recommendation*. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Smith v. Detroit Fed'n of Teachers, Local 231 etc.*, 829 F.2d 1370 (6th Cir. 1987); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).


October 8, 2013                                           *s/Norah McCann King*
                                                     Norah McCann King
                                             United States Magistrate Judge

2